**Order entered October 10, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00668-CV

**DEDERIAN DEMOND HERRON, Appellant**

**V.**

**ABIGAIL SALVADOR MUNOZ, ET AL., Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-05553**

## ORDER

Before the Court is appellant's October 3, 2018 motion for contempt. We **DENY** the motion as **MOOT**.

/s/    ADA BROWN
       JUSTICE